IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CR140 |
| vs. | |
| BRIAN S. CASTILLO, | ORDER |
| Defendant. | |

This matter came before the Court by teleconference with counsel for the parties on Defendant's Unopposed Motion to Extend Pretrial Deadlines. (Filing No. 30). The parties jointly requested that the matter be set for a status conference given the volume of discovery and ongoing negotiations to resolve the case short of trial, including complicated calculations as to the applicable sentencing guidelines and restitution. For good cause shown, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's Unopposed Motion to Extend Pretrial Deadlines, (Filing No. 30), is granted. The pretrial motion deadline is stayed pending further order of the Court.

2) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on October 14, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

3) A telephonic status conference with counsel will be held before the undersigned magistrate judge at **11:00 a.m. on October 14, 2025**. Counsel for the parties shall use the conferencing instructions provided by the Court at Filing No. 31 to participate in the call.

Dated this 8th day of July, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge